Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

Attorneys for U.S. Bank, solely in its capacity as the Liquidating Trust Administrator for the Liquidating Trust of Solstice, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter No. 11 |
| SOLSTICE, LLC, et al.,1 | Case No. 09-11010 |
| Debtors. | Jointly Administered |
| U.S. Bank, solely in its capacity as the Liquidating Trust Administrator for the Liquidating Trust of Solstice, LLC, | |
| Plaintiff, | Adv. No. 11-01618 |
| vs. | |
| Soulstice ASB, LLC and Brian D. Kosoy, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Jonathan R. Parsons, certify and say:

---

1 The Debtors in these proceedings are: Solstice, LLC; Solstice Ownership I, LLC; Solstice Ownership II, LLC; Solstice Ownership III, LLC; Solstice Ownership VI, LLC; Solstice Ownership V, LLC; Solstice Ownership VI, LLC; Solstice Ownership VII, LLC; Solstice Management, LLC; Sea Vision I, LLC; Parallel I LLC; Parallel Aspen, LLC; Parallel Management LLC; 163 Charles Street No. 4 New York, LLC; and 163 Charles Street No. 5 New York, LLC.

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Perkins Coie LLP, 30 Rockefeller Plaza, 25th Floor, New York, NY 10112.

2. On April 14, 2011 I caused to be served the *Second Summons and Notice of Pretrial Conference in an Adversary Proceeding* and *Complaint of the Liquidating Trust Administrator of Liquidating Trust of Solstice, LLC to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 548, 550 and 551*.

    (a)    delivered via First Class U.S. Mail to those parties listed below, and

    (b)    delivered via Federal Express to those parties listed below.

Soulstice ASB, LLC
One North Clematis Street
Suite 305
West Palm Beach, FL 33401

Brian D. Kosoy
437 Chilean Avenue
Palm Beach, FL 33480

Bradley S. Shraiberg
Shraiberg, Ferrara & Landau P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431

*Jonathan R. Parsons*
Jonathan R. Parsons

76726-0001/LEGAL20653776.1