UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re:                               :   Chapter No. 11
SOLSTICE, LLC, et al.,[1]            :   Case No. 09-11010
      Debtors.                       :   Jointly Administered
------------------------------------- X
U.S. Bank, solely in its capacity as the Liquidating Trust Administrator for the Liquidating Trust of Solstice, LLC,   :
      Plaintiff,                     :
                                     :   Adv. No. 11-01618
vs.                                  :
                                     :   ORDER REGARDING MEDIATION
Soulstice ASB, LLC and Brian D. Kosoy,   :
      Defendants.                    :
                                     :
------------------------------------- X

**CONSENT ORDER REGARDING MEDIATION**

WHEREAS, on March 4, 2011, the Liquidating Trust Administrator filed this adversary proceeding against the Defendants; and

WHEREAS, the Plaintiff and Defendants wish to utilize the mediation program of this Court and have agreed upon a mediator.

**NOW THEREFORE IT IS:**

---

[1] The Debtors in these proceedings are: Solstice, LLC; Solstice Ownership I, LLC; Solstice Ownership II, LLC; Solstice Ownership III, LLC; Solstice Ownership VI, LLC; Solstice Ownership V, LLC; Solstice Ownership VI, LLC; Solstice Ownership VII, LLC; Solstice Management, LLC; Sea Vision I, LLC; Parallel I LLC; Parallel Aspen, LLC; Parallel Management LLC; 163 Charles Street No. 4 New York, LLC; and 163 Charles Street No. 5 New York, LLC.

**ORDERED**, that Joe Steinfeld of ASK Financial is appointed as the mediator (the "Mediator") in the above-captioned adversary proceeding; and it is further

**ORDERED**, that the mediation shall be conducted in accordance with the United States Bankruptcy Court of the Southern District of New York's orders governing mediation; and it is further

**ORDERED**, that the Plaintiff and Defendants shall attend such mediation sessions as the Mediator shall deem appropriate and necessary at such times and places as the Mediator shall determine; and it is further

**ORDERED**, that each party shall be accompanied by a person with full settlement authority at each mediation session; and it is further

**ORDERED**, that as agreed between the parties, the Plaintiff shall pay the reasonable costs of the mediator and the Defendants shall travel to New York to attend the mediation.

Dated: New York, New York
November _3_, 2011

                                                *s/ Robert E. Gerber*
                                                UNITED STATES BANKRUPTCY JUDGE